UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RIGOBERTO RUIZ,

        Plaintiff,

  v.

CONAGRA FOODS PACKAGED FOODS,
LLC

        Defendant.

Case No. 2:21-cv-00387-SCD

---

**CONAGRA FOODS PACKAGED FOODS, LLC'S NOTICE OF
MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS**

---

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 12(c), Defendant, ConAgra

Foods Packaged Foods, LLC ("ConAgra"), by and through its undersigned counsel, hereby moves

the Court for judgment on the pleadings and for an order dismissing Plaintiff's Amended

Complaint for failure to state a claim. ConAgra supports its Motion with the accompanying

Memorandum of Law in Support of Defendant's Motion to for Judgment on the Pleadings.

Dated this 11th day of August, 2021.

s/ *Patrick M. Harvey*
Patrick M. Harvey
State Bar No. 1059695
Emily L. Stedman
State Bar No. 1095313
Attorneys for Defendant, ConAgra Foods
Packaged Foods, LLC
HUSCH BLACKWELL LLP
511 North Broadway, Suite 1100
Milwaukee, Wisconsin 53202
Telephone: 414.273.2100
Fax: 414.223.5000
Email: patrick.harvey@huschblackwell.com
emily.stedman@huschblackwell.com
