ESTATE OF MARTHA AMADOR DE RUIZ
BY ITS SPECIAL ADMINISTRATOR RIGOBERTO RUIZ, and
RIGOBERTO RUIZ,

    Plaintiffs,                                            Case No. 21CV387

XAVIER BECERRA, SECRETARY of the
DEPARTMENT OF HEALTH AND HUMAN SERVICES
C/O ATTORNEY RICHARD G. FROHLING
THE UNITED STATES ATTORNEY'S OFFICE
EASTERN DISTRICT OF WISCONSIN
517 E. WISCONSIN AVE, STE 530
MILWAUKEE, WI 53202

    Subrogated Party,

v.

CONAGRA FOODS PACKAGED FOODS, LLC

    Defendant.

## PLAINTIFF ESTATE OF MARTHA AMADOR DE RUIZ'S NOTICE OF APPEAL

    Notice is hereby given that the Plaintiff, Estate of Martha Amador De Ruiz, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Order and Judgment granting defendant's motion to dismiss dated June 8, 2022, in favor of defendant and dismissing all claims of Estate of Martha Amador De Ruiz.

Dated this 5th day of July 2022.

                                              ARELLANO & PHEBUS, S.C.
                                              Attorneys for Plaintiffs

                                              *s/ Douglas J. Phebus*
                                              Attorney Victor M. Arellano
                                              State Bar No. 1011684
                                              varellano@aplawoffice.com
                                              Attorney Douglas J. Phebus
                                              State Bar No. 1029524
                                              dphebus@aplawoffice.com
                                              1468 North High Point Road
                                              Suite 102
                                              Middleton, WI 53562
                                              (608) 827-7680
                                              (608) 827-7681       (facsimile)