# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen  
United States Courthouse  
Room 2722 - 219 S. Dearborn Street  
Chicago, Illinois 60604



Office of the Clerk  
Phone: (312) 435-5850  
www.ca7.uscourts.gov

### NOTICE OF DOCKETING - Short Form

July 5, 2022

**To:** Gina M. Colletti  
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 22-2171
>
> Caption:  
> ESTATE OF MARTHA AMADOR DE RUIZ, by its Special Administrator Rigoberto Ruiz,
> >  Plaintiff - Appellant
>
> v.
>
> CONAGRA FOODS PACKAGED FOODS, LLC,
> >  Defendant - Appellee
>
> District Court No: 2:21-cv-00387-SCD  
> Clerk/Agency Rep Gina M. Colletti  
> Magistrate Judge Stephen C. Dries
>
> Date NOA filed in District Court: 07/05/2022

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)